Gus Lamesch, Appellant, v. Sam Schmidt, Appellee.
Katherine Schmidt, Appellee, v. Gus Lamesch,
Appellant.

Gen. No. 40,790.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939; rehearing denied January 10, 1940. Guy C. Guerine, for appellant; Beverly & Klaskin, for appellees. Opinion by JUSTICE FRIEND. ''Not to be published in full.''